**CHIEF JUSTICE**
ROGELIO VALDEZ

**JUSTICES**
NELDA V. RODRIGUEZ
DORI CONTRERAS GARZA
GINA M. BENAVIDES
GREGORY T. PERKES
NORA L. LONGORIA

**CLERK**
CECILE FOY GSANGER



# Court of Appeals

## Thirteenth District of Texas

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

*www.txcourts.gov/13thcoa*

June 4, 2015

Hon.  William D. Mount Jr.
Dale & Klein, L.L.P.
1100 E. Jasmine Ave., Ste. 202
McAllen, TX 78501
* DELIVERED VIA E-MAIL *

Hon. Ricardo Pumarejo Jr.
Kittleman, Thomas & Gonzalez, PLLC
4900-B N. 10th Street
McAllen, TX 78504
* DELIVERED VIA E-MAIL *

Re:       Cause No. 13-14-00205-CV
Tr.Ct.No.  C-2480-11-I-B
Style:     Cornelio Morales v. Hidalgo County Irrigation District #6

Appellant's motion for leave to file sur-reply brief in the above cause was this day GRANTED by this Court.  The brief has been ordered filed as of June 1, 2015, the date of receipt.

Very truly yours,

Cecile Foy Gsanger, Clerk

DER:ch